# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

1. 25-cv-0357; 2. 25-cv-0356
3. 25-cv-0329; 4. 25-cv-0328
5. 25-cv-0327; 6. 25-cv-0326
7. 25-cv-0325; 8. 25-cv-0324
9. 25-cv-0323; 10. 25-cv-0322
11. 25-cv-0320; 12. 25-cv-0319
13. 25-cv-0318; 14. 25-cv-0317
15. 25-cv-0316; 16. 25-cv-0315
17. 25-cv-0313; 18. 25-cv-0312
19. 25-cv-0311; 20. 25-cv-0310
21. 25-cv-0309; 22. 25-cv-0308
23. 25-cv-0307; 24. 25-cv-0306
25. 25-cv-0305; 26. 25-cv-0304
27. 25-cv-0303; 28. 25-cv-0301
29. 25-cv-0300; 30. 25-cv-0299
31. 25-cv-0221; 32. 25-cv-0220
33. 25-cv-0169; 34. 25-cv-0168
35. 25-cv-0166; 36. 24-cv-9768
37. 24-cv-9767

In re: RODRIGUEZ-MORALES,

-----------------------------------------------------------------------X

For the reasons stated in the March 24, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  March 26, 2025

       New York, New York

        /s/ Laura Taylor Swain

LAURA TAYLOR SWAIN
Chief United States District Judge