UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENKI RODRIGUEZ-MORALES,

                Plaintiff,

       -against-

FBI AGENT JOSEPH, et al.,

                Defendants.

24-CV-9767 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

       On January 29, 2025, the Court dismissed the complaint filed in this action for failure to state a claim and granted Plaintiff 30 days' leave to file an amended complaint. Plaintiff did not file an amended complaint, and the Clerk of Court entered judgment on March 26, 2025. (ECF 10) (modified on Apr. 7, 205). On April 3, 2025, Plaintiff filed an application to proceed *in forma pauperis* and an amended complaint. By order dated April 7, 2025, the Court liberally construed the amended complaint as including a motion to alter or amend judgment under Rule 59(e) of the Federal Rules of Civil Procedure, a motion for reconsideration under Local Civil Rule 6.3, and a motion for relief from a judgment or order under Fed. R. Civ. P. 60(b) and denied the motion.

       On May 9, 2025, Plaintiff filed three more motions asking for a court date and the issuance of arrest warrants. (ECF 15-17.) The Court denies these motions. This action is closed. These motions do not include any facts or arguments suggesting that the judgment entered in this case should be reconsidered under Rule 60(b). The Clerk of Court is directed to terminate these motions.

       The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   July 22, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                      Chief United States District Judge